IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LELAND JUNIPER AMBROSE REDCLOUD,<br><br>Defendant. | CR 20–07–M–DWM<br><br><br><br>ORDER |

THIS matter comes before the Court on the United States' Motion for Dismissal of Certain Forfeiture Proceedings (Doc. 57) and Motion for Final Order of Forfeiture (Doc. 59). Having reviewed both motions, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a) and 881(a), and 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on August 19, 2020, identifying two firearms for forfeiture, a Sig Sauer 9 cal. and a Remington Arms Company Inc. .22 Long Rifle. (Doc. 52).

3. All known interested parties were provided an opportunity to respond

1

and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc.53.)

4. The United States subsequently determined that there is an innocent owner of the Sig Sauer 9 cal. (*See* Doc. 58.) Dismissal of that part of the preliminary forfeiture is therefore appropriate.

5. But it appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a) and 881(a), and 18 U.S.C. § 924(d) as to the Remington Arms Company Inc. .22 Long Rifle. (*See* Doc. 60.)

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for dismissal of certain forfeiture proceedings (Doc. 57) is GRANTED. The forfeiture action against the Sig-Sauer 9 cal., Model P228, S/N 45A046144 firearm in the above-captioned case is DISMISSED. The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) shall return the above listed item to the identified innocent owner known to the ATF and the United States Attorney's Office.

2. The motion for final order of forfeiture (Doc. 59) is GRANTED. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a) and 881(a), and 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- Remington Arms Company Inc. .22 Long Rifle, Model 511-X, S/N KM47.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 19th day of November, 2020.

_____
Donald W. Molloy, District Judge
United States District Court